# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KOHATH CARROLL,

    Defendant.

Case No. 2:03-CR-00577-KJD-RJJ

**ORDER**

Before the Court are Defendant's Motions for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 U.S.C. § 3582 (## 128 and 135). Defendant's Federal Public Defender, Shari L. Kaufman, has advised the Court that no further action is appropriate in this matter, as Mr. Carroll is ineligible for retroactive Sentencing Guideline resentencing relief due to the Sentencing Guidelines' career offender provisions (#140). Accordingly, **IT IS HEREBY ORDERED** that Defendant's Motions for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offenses (##128 and 135) are **DENIED**. **IT IS FURTHER ORDERED** that Defendant's Motion Requesting Status of Pending Case (#137) is **DENIED** as moot.

DATED this 23rd day of August 2013.

_____
Kent J. Dawson
United States District Judge